

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>　　　　Applicant,<br><br>　　v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES, AND CANADA, LOCAL 16; STEVE LUTGE; SANDY COLEMAN,<br><br>　　　　Respondents. | Case No.: CV-13-80290-MISC<br><br>ORDER TO SHOW CAUSE <s>[PROPOSED]</s> |

　　　　The National Labor Relations Board (herein called the Board), by its General Counsel, and by George Velastegui, Acting Regional Director for Region 32, has applied for an order directing International Alliance Of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories, and Canada, Local 16; Steve Lutge; Sandy Coleman, herein called Respondents, to obey subpoena *duces tecum* B-706102,

1  subpoena *ad testificandum* A-961252, and subpoena *ad testificandum* A-961253. Having

2  shown good cause,

3  IT IS ORDERED that Respondents appear before this Court at the United States Court

4  House in ~~San Francisco~~ Oakland, California on the 1̲6̲ day of ̲J̲a̲n̲, 201̲4̲ at 2̲p̲m̲, or as soon

5  thereafter as Counsel can be heard, and then and there show cause why, if any there be, an order

6  should not issue: (1) directing Respondent Union's custodian of records to appear before a

7  Board agent designated by the Acting Regional Director for Region 32, at such time and place as

8  the Board agent may designate, and there and then to produce the documents requested in

9  subpoena *duces tecum* No. B-706102, and to answer, through sworn affidavit or deposition, at

10 the discretion of the Acting Regional Director, any and all questions relevant and material to the

11 subpoenaed documents relating to the proceedings before the Board in Case 20-CB-090776,

12 pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et

13 seq.]; (2) directing Steve Lutge to appear before a Board agent designated by the Acting

14 Regional Director for Region 32 at such time and place as the Board agent may designate, in

15 obedience to subpoena *ad testificandum* A-961252, and to there and then answer any and all

16 questions relevant and material to the proceedings before the Board in Case 20-CB-090776,

17 pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et

18 seq.]; and (3) directing Sandy Coleman to appear before a Board agent designated by the Acting

19 Regional Director for Region 32, at such time and place as the Board agent may designate, in

20 obedience to subpoena *ad testificandum* A-961253, and to there and then answer any and all

21 questions relevant and material to the proceedings before the Board in Case 20-CB-090776,

22 pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et

23 seq.].

24 IT IS FURTHER ORDERED that Respondents file an answer to the Application with the

25 Clerk of this Court and serve copies thereof upon Applicant at its office located at 1301 Clay

1  Street, Suite 300N, Oakland, California, 94612-5224 on or before the __6th__ day of
2  __Jan__, 20__14__ Applicant's reply, if any, is due on or before the __10th__ day of
3  __Jan__, 20__14__ and

4      IT IS FURTHER ORDERED that service of copies of this Order and the Application
5  upon which it is issued be made without delay upon Respondents, in any manner provided in the
6  Federal Rules of Civil Procedure by a United States Marshal, by an individual employed by the
7  National Labor Relations Board, or an individual designated by the National Labor Relations
8  Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of
9  such service be filed herein.

    DONE AT ~~San Francisco~~ __Oakland__, California this __23rd__ day of __Dec__, 2013.

_____
UNITED STATES DISTRICT JUDGE