UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES, AND CANADA, LOCAL 16; STEVE LUTGE; SANDY COLEMAN,<br><br>Respondents. | Case No.: CV-13-80290-MISC CW<br><br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed.

| | |
|---|---|
| /s/Catherine Ventola<br>Catherine Ventola<br>Attorney for Applicant National<br>Labor Relations Board<br>1301 Clay Street, Suite 300(N)<br>Oakland, California 94612<br>(510) 637-3288 | /s/Kristina Hillman<br>William A. Sokol<br>Kristina Hillman<br>Attorneys for Respondents<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501<br>(510) 337-1001 |
| DATED: 3/24/14 | DATED:  3/24/14 |

IT IS SO ORDERED:   *[signature]*

DATED:  3/26/2014